IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALEXIS MARRERO,

    Petitioner,

v.

DEBORAH HICKEY, Warden;
ANTHONY HAYNES, Warden;
J. MEAD, Case Manager; K.
SHAW, Unit Manager; ERIC
CHALFANT, Case Manager
Coordinator; and BUREAU OF
PRISONS,

    Respondents.

CIVIL ACTION NO.: CV209-108

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 14 day of December, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)